667 A.2d 13

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Lennard DAVIS, Jr., Respondent.

No. 837 Disciplinary Docket No. 2.
Disciplinary Board No. 89 DB 92.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1995.

Decided Nov. 22, 1995.

Reargument Denied Jan. 16, 1996.

Lennard Davis, Jr., for respondent.

Stuart L. Haimowitz, Office of Disciplinary Counsel, Marcia Lieberman, for petitioner.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated October 19, 1994, and following oral argument, it is hereby

ORDERED that respondent be and he is disbarred from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further OR-DERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Mr. Justice Montemuro participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).